**No. P68/170.**—Panation Trade Co. *v.* United States, protests 66/20699 and 66/57878 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of woven rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

**No. P68/171.**—Seedman International Corp. *v.* United States, protest 62/19809 (Los Angeles).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiff was sustained.

**No. P68/172.**—Judson Sheldon International Corp. *v.* United States, protest 63/15506-13742 (Chicago).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hand-operated bicycle air pumps similar in all material respects to those the subject of *Victoria Distributors, Inc.* v. *United States* (56 Cust. Ct. 284, C.D. 2639), the claim of the plaintiff was sustained.